[No. 12291-3-III.     Division Three.     July 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01273-9, Robert N. Hackett, Jr., J., entered

February 14, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.